IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 16-cr-00041-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MONICA McLAUGHLIN,

    Defendant.

_____

**ORDER**
_____

This matter comes before the Court on the government's response [Docket No. 7] to the Court's order to show cause [Docket No. 5].  The Court agrees with the government's authority that the protections of the Speedy Trial Act are not triggered by an arrest on a violation notice, but rather are triggered after an information is filed.  As a result, no violation of 18 U.S.C. § 3161(b) has occurred.  Wherefore, the Order to Show Cause is discharged.

    DATED February 11, 2016.

                                            BY THE COURT:

                                            s/Philip A. Brimmer
                                            PHILIP A. BRIMMER
                                            United States District Judge